## CERTIFICATE OF SERVICE

I, hereby certify that on July 21, 2023, I caused a true and correct copy of the foregoing NOTICE OF REMOVAL to be served by email on the below counsel of record as follows:

>Owen P. Lefkon
>Christian Douglas Wright
>Evelyn H. Brantley
>DELAWARE DEPARTMENT OF JUSTICE
>Deputy Attorneys General
>820 N. French Street
>Wilmington, DE 19801
>(302) 683-8851
>
>*Attorneys for State of Delaware, ex rel. Kathleen Jennings, Attorney General of the State of Delaware*

>　　/s/ Karen R. Poppel
>Karen R. Poppel (No. 5373)

127120473.1