IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, Attorney General of the State of Delaware,<br><br>*Petitioner*,<br><br>v.<br><br>CABELA'S INC., BPS DIRECT, LLC (d/b/a BASS PRO SHOPS), GREAT OUTDOORS GROUP, LLC, and GREAT AMERICAN OUTDOORS GROUP, LLC,<br><br>*Respondents*. | C.A. No. 23-cv-790-UNA |

## RESPONDENTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Cabela's LLC discloses that Cabela's Inc. was converted to Cabela's LLC, which appears as a respondent in this lawsuit. Cabela's LLC is wholly owned by Bass Pro, LLC. No publicly held corporation owns 10% or more of its stock.

Defendant BPS Direct, LLC discloses that it is wholly owned by Bass Pro, LLC. No publicly held corporation owns 10% or more of its stock.

Defendant Great Outdoors Group, LLC discloses that it is wholly owned by Great American Outdoors Group, LLC.  No publicly held corporation owns 10% or more of its stock.


*[Remainder of page intentionally left blank]*

Defendant Great American Outdoors Group, LLC discloses that it is wholly owned by Johnny Morris Outdoors, LLC. No publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: July 24, 2023 | Respectfully submitted,<br><br>*/s/ Karen Poppel*<br>Francis G.X. Pileggi (No. 2624)<br>Karen R. Poppel (No. 5373)<br>LEWIS BRISBOIS BISGAARD SMITH LLP<br>500 Delaware Ave., Suite 700<br>Wilmington, Delaware 19801<br>302-985-6000<br>Francis.Pileggi@LewisBrisbois.com<br>Karen.Poppel@LewisBrisbois.com<br><br>*Attorneys for Respondents* |