## CERTIFICATE OF SERVICE

I, hereby certify that on July 24, 2023, I caused a true and correct copy of the foregoing

**RESPONDENTS' CORPORATE DISCLOSURE STATEMENT** to be served by email on

the below counsel of record as follows:

> Owen P. Lefkon
> Christian Douglas Wright
> Evelyn H. Brantley
> DELAWARE DEPARTMENT OF JUSTICE
> Deputy Attorneys General
> 820 N. French Street
> Wilmington, DE 19801
> (302) 683-8851
>
> *Attorneys for State of Delaware, ex rel. Kathleen Jennings, Attorney General of the State of Delaware*

>    */s/ Karen R. Poppel*
> Karen R. Poppel (No. 5373)

127173296.1